# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

**MARCIA CAMPBELL**
DOB: xx/xx/xxxx

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between in or about   December 2005 through in or about July 2006   in Washington, D.C.  , in the District of   Columbia   defendant(s) did, (Track Statutory Language of Offense)

devise and participate in a scheme to defraud and to obtain money and property through materially false representations, pretenses and promises and for the purpose of executing said scheme and attempting to do so did cause to be sent by means of wires communications to Financial Institutions to obtain moneys under the control of a Federal Institution.

in violation of Title   18   United States Code, Section(s) 1343, 1344.

I further state that I am   Richard Espinosa, Detective with the Metropolitan Police Department,  and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
Richard Espinosa, Detective
Metropolitan Police Department

AUSA, Anthony Alexis   (202) 514-9416
Sworn to before me and subscribed in my presence,

October 13, 2006
Date

at   Washington, D.C.
City and State

Name & Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

RICHARD ESPINOSA, being duly sworn, deposes and states as follows:

## INTRODUCTION

1. I am a grade one detective with the Metropolitan Police Department, currently assigned to the financial crimes section.

2. I have been a law enforcement officer for the past twenty-four years. I joined the Metropolitan Police Department ("MPD") in 1982. I have spent the past twenty years serving as an Investigator/Detective Grade II/ Detective Grade I. I have had the opportunity to be a member of several investigative sections, including: Youth Division, Arson Squad, Sex Offense Branch, Homicide Branch, Domestic Violence Coordinator and Youth & Preventive Services Division (YPSD). I am currently the squad supervisor of the Fraud Unit. In that capacity I have investigative assignments that include investigating violations involving theft and financial crimes including violations of Title 18, United States Code, Sections 1341, mail fraud, 1343, wire fraud, 1344, and bank fraud. I have testified before the Grand Jury in connection with investigative matters in each of these sections. For several years, I was a critical member of the MPD/DEA joint federal taskforce, REDRUM, which investigated high profile homicides. Working as a member of the REDRUM Task Force, I assisted other police agencies (FBI, DEA, ATF, Montgomery County Police, King George's County and Prince George's County Police). My law enforcement training and experience include preparation, presentation and service of criminal complaints, arrest and search warrants. I have participated in the execution over two hundred search warrants. I have been the affiant on affidavits in support of approximately one hundred search warrants. In addition, I have received training in general law enforcement and criminal investigations to include violations involving credit card fraud, forgery and theft

statutes.

3. I, along with the assistance of Debra L. LaPrevotte, a special agent employed by the Federal Bureau of Investigation (FBI), am conducting an investigation that an employee of an association located in the District of Columbia embezzled approximately $225,000 by engaging in bank fraud and wire fraud.

4. This affidavit is in support of an arrest warrant for Marcia Campbell, date of birth xx/xx/xx, SSN: xxx-xx-xxxx, xxxx Clifton Rd, NW Washington, D.C. who is the owner of an account at Washington Mutual Bank, account #xxxxxxxxxxxx, in the name of Marcia Campbell, up to the amount of $223,560.

5. This affidavit is based on my own investigation, my review of e-mails and other records, as well as, information that I have learned through communications with witnesses and other law enforcement personnel.

6. Because this affidavit is being submitted for the limited purpose of setting forth probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are sufficient to establish probable cause that Marcia Campbell has violated Title 18, United States Code, Section 1344, Bank Fraud, and Title 18 United States Code, 1343, Wire Fraud.

## PROBABLE CAUSE

7. Marcia Campbell has been employed at the Pharmaceutical Research and Manufactures of America ("PhRMA") for the past six years. Ms. Campbell's current job title is Director of Accounting. PhRMA is a D.C. based trade association/lobbying group for the pharmaceutical industry, with offices located at xxx F Street N.W., Washington, D.C.

8. On or about October 10, 2006, PhRMA was contacted by one of its vendors, National

Media, Inc., which inquired about a payment that it had not received. Based on this call, PhRMA conducted an audit and found that the $73,560 that should have been transferred from its bank account at the Bank of America (a "financial institution" within the meaning of 18 U.S.C. § 20) to National Media, Inc., was actually transferred into the Washington Mutual Bank account #xxxxxxxxxxxxx, belonging to Marcia Campbell. This wire transfer occurred on or about July 25, 2006. Ms. Campbell had access to the computer programs that permitted the improper diversion of the PhRMA funds that had been under the custody or control of the Bank of America.

       9. The audit disclosed that this was not the first such diversion of PhRMA's funds to Ms. Campbell's Washington Mutual Bank account. On or about December 15, 2005, an additional transfer of $150,000, was wired to the Washington Mutual Bank account (#xxxxxxxxx) belonging to Marcia Campbell. These funds were supposed to be transferred to an account belonging to LETNOM Productions, Inc., another PhRMA vendor.

       10. Marcia Campbell has not been given permission to transfer any money from the accounts owned or controlled by PhRMA to any of her accounts.

       11. Since on or about May 12, 2004, Campbell has had her legitimate payroll income from PhRMA deposited into her checking account, via direct deposit, at Washington Mutual Bank (#xxxxxxxxx). Since on or about December 15, 2005, this Washington Mutual account also has received at least $223,560 in funds stolen from PhRMA. These funds have been co-mingled with her work income.

       12. Ms. Campbell has not sought to return the funds diverted from PhRMA vendor payments to her bank account. Instead, it appears that she maybe using such funds to acquire foreign assets. On about October 10, 2006, Ms. Campbell sent an email from her work computer

to "Edward Hanna." Mr. Hanna appears to be a real estate agent in Kingston, Jamaica. In this email, Ms. Campbell indicates that she had wired $59,000 to the Bank of Nova Scotia account for Edward Hanna & Company, to be applied to the closing costs for the purchase of real property in Jamaica. The email also referenced a previous wire transfer of $15,650. The total purchase price of the property appears to be $73,722.85. The $59,000 wired to Jamaica appears to have been transferred from Citibank, a financial institution where Ms. Campbell also maintains an account. Your affiant has reviewed a International Money Transfer document that indicates the flow of money from Citibank to the Bank of Nova Scotia in Jamaica.

## CONCLUSION

13. Based on the information contained in this affidavit, the affiant believes that there is probable cause to believe that crimes have been committed in this District and that there is probable cause to issue an arrest warrant for MARCIA CAMPBELL for knowingly causing at least $223,560 to be wired from PhRMA's Bank of America bank account to her personal account (#8313261252) at Washington Mutual Bank in violation of Title 18, United States Code, Sections 1344 (Bank Fraud) and 1343 (Wire Fraud).

_____
Richard Espinosa
Detective, Grade One
Metropolitan Police Department

Subscribed and sworn to before me this\_\_\_\_\_day of October, 2006.

_____
United States Magistrate Judge