06-mj-437

2006 FDC 022736      File Date: 10/14/2006
UNITED STATES Vs. MARCIA CAMPBELL
aka MARCIA CAMPBELL

PDID #
Lock up number:

**FILED**

OCT 1 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT