# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

MARCIA CAMPBELL

**WARRANT FOR ARREST**

CASE NUMBER: 06-437-M-01

**FILED**
OCT 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Marcia Campbell___
Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

devise and participate in a scheme to defraud and to obtain money and property through materially false representations, pretenses and promises and for the purpose of executing said scheme and attempting to do so did cause to be sent by means of wires communications to Financial Institutions to obtain moneys under the control of a Federal Institution

in violation of Title __18__ United States Code, Section(s) __§ 1343, 1344__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

OCT 13 2006
Date and Location

Bail fixed at $ __HWOB__   by __[signature]__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/16/06 | Michael R. Sheedy | [signature] |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 10/16/06 | | |