```
                UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA
                                                *
UNITED STATES OF AMERICA                        *
        Plaintiff                               *CRIMINAL ACTION NO:
                                                *Case No: 06-437-M-01
     v.                                         *
MARCIA CAMPBELL                                 *
        Defendant                               *
*************************************************************
```

## MOTION TO ENTER APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Raymond J. Vanzego, Jr. as counsel for the Defendant in the case of **UNITED STATES OF AMERICA V. MARCIA CAMPBELL**.

```
                              Respectfully submitted,
                              Raymond J. Vanzego, Jr.


                              By:_____/s/_____
                              R. J. Vanzego, Jr., Esq.
                              Attorney for Defendant
                              The Law Office of R. J.
                              Vanzego, Jr., Esq. LLC
                              9200 Basil Court, Suite 550
                              Largo, Maryland 20774
                              301.883.8947
                              USDC Bar Number: MD27205
```