```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
                                                *
UNITED STATES OF AMERICA                        *
        Plaintiff                               *CRIMINAL ACTION NO:
                                                *Case No: 06-437-M-01
    v.                                          *
MARCIA CAMPBELL                                 *
        Defendant                               *
*************************************************************
```

## MOTION FOR CONTINUANCE

To the Clerk of this court and all parties of record:

The Defendant, Marcia Campbell, by and through her attorney, R. J. Vanzego, Jr., moves this court to reschedule the Preliminary Hearing scheduled for November 7, 2006 to allow defendant's counsel and the prosecutor sufficient time to attempt an amicable resolution of the matters within the above captioned case without a trial. The Defendant is fully aware of the Speedy Trial Act and waives her right to a Speedy Trial and requests the court to place the preliminary hearing on the court's docket for rescheduling.

                                            Respectfully submitted,

                                            Raymond J. Vanzego, Jr.

                                            By:_____/s/_____
                                            R. J. Vanzego, Jr., Esq.
                                            Attorney for Defendant
                                            The Law Office of R. J.
                                            Vanzego, Jr., Esq. LLC
                                            9200 Basil Court, Suite 550
                                            Largo, Maryland 20774
                                            301.883.8947
                                            USDC Bar Number: MD27205
                                            November 2, 2006